**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (SBN: 249203)
ak@kazlg.com
S. Mohammad Kazerouni, Esq. (SBN: 252835)
mike@kazlg.com
Assal Assassi, Esq. (SBN: 274249)
assal@kazlg.com
Matthew M. Loker, Esq. (SBN: 279939)
ml@kazlg.com
2700 N. Main Street, Ste. 1000
Santa Ana, California 92705
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

**HYDE & SWIGART**
Robert L. Hyde, Esq. (SBN 227183)
bob@westcoastlitigation.com
Joshua B. Swigart, Esq. (SBN: 225557)
josh@westcoastlitigation.com
411 Camino Del Rio South, Suite 301
San Diego, CA 92108
Telephone: (619) 233-7770
Facsimile: (619) 297-1022

*Attorneys for Plaintiff,*
Tod A. DiTommaso

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TOD A. DITOMMASO,**<br><br>Plaintiff,<br><br>v.<br><br>**CACH, LLC; AND, LAW OFFICE OF SUSAN ADDISON BLUSH, P.C.**<br><br>Defendants. | **Case No.: 12-cv-02074-W-JMA**<br><br>**PLAINTIFF'S NOTICE OF REQUEST FOR VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE PURSUANT TO F.R.C.P. 41(A)** |

//

//

//

Plaintiff Tod A. Ditommaso ("Plaintiff") hereby moves to dismiss this action without prejudice.

Plaintiff respectfully requests the action be dismissed WITHOUT PREJUDICE.

Date: September 18, 2012

**KAZEROUNI LAW GROUP**

By: s/Abbas Kazerounian
Abbas Kazerounian